UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LISA CORSON,**

      **Plaintiff,**

v.                                          Case No. 6:23-cv-400-CEM-RMN

**ART IN VOYAGE, INC., FRANK C. AUDEBERT, and DOES 1 THROUGH 10 INCLUSIVE,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Settlement (Doc. 20), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 6, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record